JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONTEM VENTURES B.V., a Netherlands company; and FONTEM HOLDINGS 1 B.V., a Netherlands company,<br><br>Plaintiffs,<br><br>v.<br><br>VAPOR CORP., a Delaware Corporation, and DOES 1-5, Inclusive,<br><br>Defendant. | Case No. CV14-8155-GW(MRWx)<br><br>**ORDER GRANTING DISMISSAL** |
| AND RELATED COUNTERCLAIMS | |

111971-0003.0001/128711178.1

1  In light of the Joint Stipulation of Dismissal by Plaintiffs Fontem Ventures
2  B.V. and Fontem Holdings 1 B.V. (together, "Fontem") and Defendant Vapor
3  Corp. ("Vapor"), the Court hereby ORDERS as follows:
4      1.    All claims and counterclaims between Fontem and Vapor in Case No.
5  CV14-8144 shall be dismissed without prejudice.
6      2.    Fontem and Vapor shall each bear its own fees and costs.
7      3.    The Court shall retain jurisdiction of this case for the sole purpose of
8  enforcing the Settlement Agreement between Fontem and Vapor.

**IT IS SO ORDERED**.

DATED: December 18, 2015

GEORGE H. WU,
United States District Judge